**John Clair KALTENBORN, a Minor, by John B. Kaltenborn and Claire W. Kaltenborn, his parents and natural guardians, John B. Kaltenborn and Claire W. Kaltenborn, his wife**

v.

**SEARS, ROEBUCK AND COMPANY, a corporation,**

**John Claire Kaltenborn, a Minor, by John B. Kaltenborn and Claire W. Kaltenborn, his parents and natural guardians, Appellant in No. 16,991,**

**John B. Kaltenborn and Claire W. Kaltenborn, Appellants in No. 16,992.**

**Nos. 16991, 16992.**

United States Court of Appeals
Third Circuit.

Argued April 4, 1968.

Decided April 19, 1968.

Milton I. Watzman, Watzman & Watzman, Pittsburgh, Pa., for appellants.

Kim Darragh, Meyer, Darragh, Buckler, Bebenek & Eck, Pittsburgh, Pa. and (Arnstein, Gluck, Weitzenfeld & Minow, Chicago, Ill., on the brief), for appellee.

OPINION OF THE COURT

Before KALODNER, GANEY and VAN DUSEN, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment entered in favor of the defendant pursuant

to the jury's verdict in a personal injury case, the District Court having refused to grant the petition for a new trial.

On review of the record we find no reversible prejudicial error.

The judgment of the District Court will be affirmed.